**FILED**

AUG 23 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10200 |
| Plaintiff - Appellee, | D.C. No. CR-03-01135-RGS |
| V. | District of Arizona, |
| | Phoenix |
| ALPHONSO KINZAR CARTY, | |
| Defendant - Appellant. | |
| UNITED STATES OF AMERICA, | No. 05-30120 |
| Plaintiff - Appellee, | D.C. No. CR-02-00079-12-BLW |
| V. | District of Idaho |
| JUAN ANTONIO ZAVALA, | ORDER |
| Defendant - Appellant. | |

Before: SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinions shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

These matters are consolidated for purposes of en banc rehearing.